UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

EXELIS, INC.,

                    Plaintiff,

v.                                            Civil Action No.
                                            5:12-cv-0858 GTS/TWD

SRC, INC.; JOHN F. LoSECCO; ANDREA M.
BELMONT-GWILT; JAMES M.
MARCINKOWSKI; ROBERT A. MARCEAU;
MARK W.WEBB; ANTHONY G. CASALE;
and MICHAEL J. SEAKAN,

                    Defendants.
_____

APPEARANCES:                               OF COUNSEL:

WOLFORD LAW FIRM, LLP                 ELIZABETH ANN WOLFORD, ESQ.
  Counsel for Plaintiff                           JAMES A. HOBBS, ESQ.
                                                SARAH SNYDER MERKEL, ESQ.

BOND SCHOENECK & KING, PLLC       EDWARD R. CONAN, ESQ.
  Counsel for Defendants                   LOUIS ORBACH, ESQ.
                                                KATE I. REID, ESQ.

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

        Currently before the Court, in this breach-of-contract action filed by Exelis, Inc. ("Plaintiff") against the above captioned entity and individuals ("Defendants"), is Plaintiff's Motion for an Order to Show Cause, a Temporary Restraining Order, and a Preliminary Injunction. (Dkt. No. 39.) For the reasons set forth below, the Court denies Plaintiff's motion for an Order to Show Cause and a Temporary Restraining Order, and reserves decision on Plaintiff's motion for a Preliminary Injunction pending completion of an expedited briefing and hearing schedule on that motion.

After carefully considering the matter, the Court finds that Plaintiff has not established the requirement for the issuance of an Order to Show Cause under Fed. R. Civ. P. 65(b)(1)(B), and Local Rules 7.1(f) and (e). Moreover, Plaintiff has not sufficiently established either (1) a likelihood of irreparable harm or (2) sufficiently serious questions going to the merits and a balance of hardships tipping decidedly in its favor, if a Temporary Restraining Order is not issued between the date of this Text Order and the date of a hearing on its motion for a Preliminary Injunction.

However, based on the evidence adduced thus far, the Court finds it appropriate to issue an expedited briefing schedule on Plaintiff's motion for a Preliminary Injunction. Defendants' papers in response to Plaintiff's motion are due by **8:00 a.m. on Wednesday, October 10, 2012**. No reply to Defendants' response shall be permitted. The parties' witness lists and exhibit lists (for the hearing on Plaintiff's motion) are due by **3:00 p.m. on Wednesday, October 10, 2012.** A hearing on Plaintiff's motion shall occur at **9:30 a.m. on Thursday, October 11, 2012**, before the undersigned in Courtroom 4 of the Federal Building in Syracuse, New York.

The Court is cognizant of the fact that Plaintiff has adduced evidence that, inter alia, Defendants might, before the hearing, submit a bid in response to the anticipated request for proposal. The parties are advised that, should that occur, the Court would entertain an amendment to Plaintiff's motion enlarging the scope of the requested relief to include, inter alia, a mandatory injunction that requires Defendants to withdraw their bid.

**ACCORDINGLY**, it is

**ORDERED** that Plaintiff's motion for an Order to Show Cause and a Temporary Restraining Order (Dkt. No. 39) is **DENIED**; and it is further

**ORDERED** that Defendants shall file with this Court, and serve on Plaintiff's counsel, their response to Plaintiff's motion for a Preliminary Injunction by **8:00 A.M. on WEDNESDAY, OCTOBER 10, 2012**; and it is further

**ORDERED** that no reply to Defendants' response shall be permitted; and it is further

**ORDERED** that the parties' witness lists and exhibit lists (for the hearing on Plaintiff's motion) are due by **3:00 P.M. on WEDNESDAY, OCTOBER 10, 2012**; and it is further

**ORDERED** that the hearing on Plaintiff's motion shall occur at **9:30 A.M.** on **THURSDAY, OCTOBER 11, 2012**, before the undersigned in Courtroom 4 of the Federal Building in Syracuse, New York.

Dated: October 5, 2012
       Syracuse, New York

_____
Hon. Glenn T. Suddaby
U.S. District Judge