**BOND SCHOENECK & KING**

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**KATE I. REID**
kreid@bsk.com
P: 315.218.8625
F: 315.218.8952

January 27, 2014

**VIA ELECTRONIC FILING**

Honorable Therese Wiley Dancks
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York 13261-7346

Re:  *Exelis, Inc. v. SRC, Inc., et al.*
     Civil Action No. 5:12-CV-0858 (GTS/TWD)

Dear Judge Dancks:

Pursuant to the Court's November 25, 2013 Order (Dkt. No. 110), I am writing to advise the Court that the REDE-CDS contract has not been awarded and there is nothing further to report at this time.

If you have any questions or need any additional information, please let me know.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*s/ Kate I. Reid*

Kate I. Reid

KIR/ca

Cc:  Michael R. Wolford, Esq. (via electronic filing)
     Sarah Snyder Merkel, Esq. (via electronic filing)