

**BOND** SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**EDWARD R. CONAN**
econan@bsk.com
P: 315.218.8313

August 29, 2014

**VIA ELECTRONIC FILING**

Honorable Therese Wiley Dancks
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York 13261-7346

Re:   *Exelis, Inc. v. SRC, Inc., et al.*
      Civil Action No. 5:12-CV-0858 (GTS/TWD)

Dear Judge Dancks:

Pursuant to the Court's July 2, 2014 Order (Dkt. No. 119), I write to provide a status report in the above case.

We understand that the government has awarded the REDE-CDS contract to Plaintiff. We have not yet been able to touch base with Plaintiff's counsel; however, we plan to confer with them next week, after which time we will provide the Court with a joint supplemental status report.

If you have any questions or need any additional information, please let me know.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Edward R. Conan

Cc:   Michael R. Wolford, Esq. (via electronic filing)
      Sarah Snyder Merkel, Esq. (via electronic filing)

2370544.1 8/29/2014