One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**KATE I. REID**
kreid@bsk.com
P: 315.218.8625

February 23, 2015

**VIA ELECTRONIC FILING**

Honorable Thérèse Wiley Dancks
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York 13261-7346

Re:   *Exelis, Inc. v. SRC, Inc., et al.*
      Civil Action No. 5:12-CV-0858 (GTS/TWD)

Dear Judge Dancks:

Pursuant to the Court's February 10, 2015 Order (Dkt. No. 146), I write to provide a status report in the above case.

We conferred with Exelis' counsel this morning. The parties have reached an agreement in principle that we expect will be executed shortly. We anticipate filing a Stipulation of Dismissal with the Court by the end of March 2015.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC


Kate I. Reid

Cc:   Michael R. Wolford, Esq. (via electronic filing)
      Sarah Snyder Merkel, Esq. (via electronic filing)